THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE F. MURRY, Appellant.—Judgment unanimously reversed and indictment dismissed in the interest of justice. (Appeal from judgment of Onondaga

County Court—resisting arrest.) Present—Marsh, P. J., Simons, Dillon, Goldman and Witmer, JJ.